## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**ROTHSCHILD BROADCAST**
**DISTRIBUTION SYSTEMS, LLC,**

|            |
|------------|
| **Plaintiff,** |
| **v.** |
| **LOGMEIN, INC.,** |
| **Defendant.** |

**CIVIL ACTION NO. _____**

**JURY TRIAL DEMANDED**

## COMPLAINT

Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff" or "Rothschild Broadcast Distribution Systems") files this complaint against Logmein, Inc. ("Logmein") for infringement of U.S. Patent No. 8,856,221 (hereinafter the "`221 Patent") and alleges as follows:

## PARTIES

1.      Plaintiff is a Texas limited liability company with an office at 1801 NE 123 Street, Suite 314, Miami, FL 33181.

2.      On information and belief, Defendant is a Delaware corporation, with a place of business at 320 Summer St., Boston, MA 02210.  On information and belief, Defendant may be served through its agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.

## JURISDICTION AND VENUE

3.      This action arises under the patent laws of the United States, 35 U.S.C. § 271 et seq. Plaintiff is seeking damages, as well as attorney fees and costs.

4.      Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents).

5.     On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6.     Upon information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in the District.

7.     Venue is proper in this District under 28 U.S.C. §1400(b) because Defendant is deemed to be a resident in this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## BACKGROUND

8.     On October 7, 2014, the United States Patent and Trademark Office ("USPTO") duly and legally issued the `221 Patent, entitled "System and Method for Storing Broadcast Content in a Cloud-Based Computing Environment" after the USPTO completed a full and fair examination. The '221 Patent is attached as Exhibit A.

9.     Rothschild Broadcast Distribution Systems is currently the owner of the `221 Patent.

10.    Rothschild Broadcast Distribution Systems possesses all rights of recovery under the `221 Patent, including the exclusive right to recover for past, present and future infringement.

11.    The `221 Patent contains thirteen claims including two independent claims (claims 1 and 7) and eleven dependent claims.

## COUNT ONE
### (Infringement of United States Patent No. 8,856,221)

12.    Plaintiff refers to and incorporates the allegations in Paragraphs 1 - 11, the same as if set forth herein.

13.     This cause of action arises under the patent laws of the United States and, in particular under 35 U.S.C. §§ 271, *et seq*.

14.     Defendant has knowledge of its infringement of the `221 Patent, at least as of the service of the present complaint.

15.     Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 7, of the '221 Patent by making, using, importing, selling, and/or offering for media content storage and delivery systems and services covered by one or more claims of the '221 Patent.

16.     Accordingly, Defendant has infringed, and continues to infringe, the `221 Patent in violation of 35 U.S.C. § 271.

17.     Defendant sells, offers to sell, and/or uses media content storage and delivery systems and services, including, without limitation, the GoToMeeting platform, and any similar products ("Product"), which infringes at least Claim 7 of the '221 Patent.

18.     The Product practices a method of storing (e.g., cloud storage) media content (e.g., videos, audios, chat, texts, etc.) and delivering requested media content to a consumer device. Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



No need to take notes while hosting a meeting on the go, cloud recording is now available on the GoToMeeting mobile app.

Source: https://www.gotomeeting.com/

GoToMeeting is proud to debut Cloud Recording! With cloud recording, your meeting recording will automatically save and show up in your Meeting History, where you can copy the link, play, download and delete. Never again manually convert and upload! And did we mention it's also available on the Web App? Organizers who prefer to host via the Web App can now not only record but also record to the cloud!

Source:        https://community.logmein.com/t5/GoToMeeting-News/GoToMeeting-Cloud-Recording-Release-Notes/ba-p/192009



Source: https://www.gotomeeting.com/features/online-meeting-recording



Source: https://blog.gotomeeting.com/simpler-faster-meeting-recording/

Cloud recording: Have your recordings automatically saved online (recommended). With this option, your session recordings will be automatically saved to the Meeting History tab of your online account. From there you can view, download, and share the recordings with attendees.

Source: https://support.goto.com/meeting/help/record-a-session-g2m040008

GOTOMEETING FEATURES

**Online Meeting Recording**

Easily capture the whole discussion with built-in GoToMeeting recording.

Source: https://www.gotomeeting.com/features/online-meeting-recording



Source: https://blog.gotomeeting.com/simpler-faster-meeting-recording/

19.    The Product necessarily includes a receiver configured to receive a request message including data indicating requested media content (e.g., the Product must have infrastructure to receive a request to store recorded media content or to stream recorded media content on a smartphone;  additionally, the request message must contain data that identifies the content to be stored or streamed) and a consumer device identifier corresponding to a consumer device (e.g., the user credentials are used to access the contents of the Product). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

1. Start your next online meeting from the newest version of desktop app for Mac or Windows, (or from the GoToMeeting Web App).

2. When you're ready, press the record button as you normally would.

3. When your meeting is finished, you can find your recording ready just a few minutes later from your **Meeting History**.

4. From here, you can play the Recording, get a link to share, or delete it.

Source: https://blog.gotomeeting.com/simpler-faster-meeting-recording/



Source: https://www.gotomeeting.com/features/online-meeting-recording

**Cloud recording: Have your recordings automatically saved online (recommended).** With this option, your session recordings will be automatically saved to the Meeting History tab of your online account. From there you can view, download, and share the recordings with attendees.

Source: https://support.goto.com/meeting/help/record-a-session-g2m040008

GOTOMEETING FEATURES

## Online Meeting Recording

Easily capture the whole discussion with built-in GoToMeeting recording.

Source: https://www.gotomeeting.com/features/online-meeting-recording



Source: https://blog.gotomeeting.com/simpler-faster-meeting-recording/



Source:
https://authentication.logmeininc.com/login?service=https%3A%2F%2Fauthentication.logmeininc.com%2Foauth%2Fapprove%3Fclient_id%3Db5821983-e640-42b4-86cd-5e7efadcc8f0%26response_type%3Dtoken%26redirect_uri%3Dhttps%253A%252F%252Fglobal.gotomeeting.com%26login_theme%3Dg2m&theme=g2m



Source: https://support.goto.com/article/g2m010001

20.     The Product necessarily determines whether the consumer device identifier corresponds to the registered consumer device (e.g., a user must be a registered user to access the Product's services). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

21.     The Product provides for both media downloads and/or storage, and media streaming. After a successful login, the Product necessarily determines whether the request received from a customer is a request for storage (e.g., recording or storing content) or content (e.g., streaming of media content).  Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

1. Start your next online meeting from the newest version of desktop app for Mac or Windows, (or from the GoToMeeting Web App).
2. When you're ready, press the record button as you normally would.
3. When your meeting is finished, you can find your recording ready just a few minutes later from your **Meeting History**.
4. From here, you can play the Recording, get a link to share, or delete it.

Source: https://blog.gotomeeting.com/simpler-faster-meeting-recording/



Source: https://www.gotomeeting.com/features/online-meeting-recording

**Cloud recording: Have your recordings automatically saved online (recommended).** With this option, your session recordings will be automatically saved to the Meeting History tab of your online account. From there you can view, download, and share the recordings with attendees.

Source: https://support.goto.com/meeting/help/record-a-session-g2m040008

GOTOMEETING FEATURES

## Online Meeting Recording

Easily capture the whole discussion with built-in GoToMeeting recording.

Source: https://www.gotomeeting.com/features/online-meeting-recording



Source: https://blog.gotomeeting.com/simpler-faster-meeting-recording/

GoToMeeting is proud to debut Cloud Recording! With cloud recording, your meeting recording will automatically save and show up in your Meeting History, where you can copy the link, play, download and delete. Never again manually convert and upload! And did we mention it's also available on the Web App? Organizers who prefer to host via the Web App can now not only record but also record to the cloud!

Source: https://www.gotomeeting.com/

GoToMeeting is proud to debut Cloud Recording! With cloud recording, your meeting recording will automatically save and show up in your Meeting History, where you can copy the link, play, download and delete. Never again manually convert and upload! And did we mention it's also available on the Web App? Organizers who prefer to host via the Web App can now not only record but also record to the cloud!

Source:        https://community.logmein.com/t5/GoToMeeting-News/GoToMeeting-Cloud-Recording-Release-Notes/ba-p/192009

22.     The Product verifies that media content identified in the media data of the storage request message (e.g., request to record content) is available for storage in order to prevent data errors that would result from attempting to store content that is not available for storage. The Product must verify that the media content (e.g. specific recording) identified in the media data of the storage request message is available for storage in order to prevent data errors that would result from attempting to store content that is not available for storage (e.g., the product must verify a user's ability to store video is limited to a certain amount of memory usage based upon their subscription; thus media content may not be available for storage if a user is already above their memory limit or if the user has not subscribed to any service). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

Unlimited Cloud Recording  ⓘ

Record your meetings locally or in the cloud so you can listen again and share. Cloud recordings are stored for 1 year.

Source: https://www.gotomeeting.com/meeting/pricin g

**Record Sessions from the Web App**

- Organizers hosting their own meetings from the Web App can now record their sessions! Previously, the ability to record a meeting was available to organizers on the desktop app only. To begin recording, organizers can select the Record icon  at the bottom of the Control Panel. The icon will begin to glow, assuring organizers that the session is being recorded.Organizers can select the icon again to pause and resume. The help pop-up includes online recording information and notifies organizers that the recording will be available on the Meeting History page after the meeting has ended.

Source:        https://community.logmein.com/t5/GoToMeeting-News/GoToMeeting-Cloud-Recording-Release-Notes/ba-p/192009

GoToMeeting is proud to debut Cloud Recording! With cloud recording, your meeting recording will automatically save and show up in your Meeting History, where you can copy the link, play, download and delete. Never again manually convert and upload! And did we mention it's also available on the Web App? Organizers who prefer to host via the Web App can now not only record but also record to the cloud!

Source: https://www.gotomeeting.com/

GoToMeeting is proud to debut Cloud Recording! With cloud recording, your meeting recording will automatically save and show up in your Meeting History, where you can copy the link, play, download and delete. Never again manually convert and upload! And did we mention it's also available on the Web App? Organizers who prefer to host via the Web App can now not only record but also record to the cloud!

Source:        https://community.logmein.com/t5/GoToMeeting-News/GoToMeeting-Cloud-Recording-Release-Notes/ba-p/192009

Cloud recording: Have your recordings automatically saved online (recommended). With this option, your session recordings will be automatically saved to the Meeting History tab of your online account. From there you can view, download, and share the recordings with attendees.

Source: https://support.goto.com/meeting/help/record-a-session-g2m040008



Source: https://www.gotomeeting.com/features/online-meeting-recording



Source: https://blog.gotomeeting.com/simpler-faster-meeting-recording/

23.    If a customer requests content (e.g., live streaming of media content), then a processor within the Product necessarily initiates delivery of the content to the customer's device. The Product will initiate delivery of the requested media content to the consumer device (e.g., stream media content feed to a smartphone or tablet etc.) if the request message is a content request message (e.g., request for live streaming). Certain aspects of these elements are illustrated in the screen shots below and/or in screen shots provided in connection with other allegations herein.

1. Start your next online meeting from the newest version of desktop app for Mac or Windows, (or from the GoToMeeting Web App).

2. When you're ready, press the record button as you normally would.

3. When your meeting is finished, you can find your recording ready just a few minutes later from your **Meeting History**.

4. From here, you can play the Recording, get a link to share, or delete it.

Source: https://blog.gotomeeting.com/simpler-faster-meeting-recording/



Source: https://www.gotomeeting.com/features/online-meeting-recording



Source: https://support.goto.com/meeting/help/record-a-session-g2m040008



Source:        https://community.logmein.com/t5/GoToMeeting-News/GoToMeeting-Cloud-Recording-Release-Notes/ba-p/192009

Source: https://blog.gotomeeting.com/simpler-faster-meeting-recording/

24.    The media data time data that indicates a length of time to store the requested media content (e.g. a user is allowed to store media content for a retention time period configured by the user as per their subscription level, but the recording itself remains in the user web account for 1 year). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



Source: https://www.gotomeeting.com/meeting/pricin g



Source: https://support.goto.com/meeting/help/does-my-meeting-recording-linkexpire#:~:text=For%20security%20purposes%2C%20your%20meeting,box%20to%20filter%20recorded%20sessions.



Source: https://www.gotomeeting.com/meeting/pricing

25.    The server must first determine whether the requested media content exists prior to initiating delivery in order to prevent data errors that would result from attempting to transmit media content that does not exist (e.g. the product must verify that a particular requested data is stored in the cloud). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

26.    After the processor determines whether the requested media content is available, it determines whether there are restrictions associated with the requested media content (e.g., subscription level etc.). Certain aspects of these elements are illustrated in the screenshots provided in connection with other allegations herein.



Source: https://www.gotomeeting.com/meeting/pricing



Source: https://support.goto.com/meeting/help/does-my-meeting-recording-linkexpire#:~:text=For%20security%20purposes%2C%20your%20meeting,box%20to%20filter%20recorded%20sessions.

Source: https://www.gotomeeting.com/meeting/pricing

27.   Defendant's actions complained of herein will continue unless Defendant is enjoined by this Court.

28.   Defendant's actions complained of herein is causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

29.   The `221 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

30.    A copy of the '221 Patent, titled "System and Method for Storing Broadcast Content in a Cloud-based Computing Environment," is attached hereto as Exhibit A.

31.     By engaging in the conduct described herein, Defendant has injured Plaintiff and is liable for infringement of the `221 Patent, pursuant to 35 U.S.C. § 271.

32.  Defendant has committed these acts of literal infringement, or infringement under the doctrine of equivalents of the `221 Patent, without license or authorization.

33.     As a result of Defendant's infringement of the `221 Patent, injured Plaintiff has suffered monetary damages and is entitled to a monetary judgment in an amount adequate to compensate for Defendant's past infringement, together with interests and costs.

34.     Plaintiff is in compliance with 35 U.S.C. § 287.

35.     As such, Plaintiff is entitled to compensation for any continuing and/or future infringement of the `221 Patent up until the date that Defendant ceases its infringing activities.

## DEMAND FOR JURY TRIAL

36.     Rothschild Broadcast Distribution Systems, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a)   Enter judgment for Plaintiff on this Complaint on all cases of action asserted herein;

(b)   Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receives notice of the order from further infringement of United States Patent No. 8,856,221 (or, in the alternative, awarding Plaintiff running royalty from the time judgment going forward);

(c)  Award Plaintiff damages resulting from Defendants infringement in accordance with 35 U.S.C. § 284;

(d)   Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: February 1, 2021                    Respectfully submitted,

                                           */s/David A Chavous*
                                           **David A. Chavous, Esq.**
                                           CHAVOUS INTELLECTUAL PROPERTY LAW
                                           LLC
                                           793 Turnpike St., Unit 1
                                           North Andover, MA 01845
                                           Phone: (978) 655-4309
                                           Fax: (978) 945-0549
                                           dchavous@chavousiplaw.com


                                           OF COUNSEL

                                           **JAY JOHNSON** *(Pro Hac Vice Application Pending)*
                                           State Bar No. 24067322
                                           **KIZZIA JOHNSON, PLLC**
                                           1910 Pacific Ave., Suite 13000
                                           Dallas, Texas 75201
                                           (214) 451-0164
                                           Fax: (214) 451-0165
                                           jay@kjpllc.com

                                           **ATTORNEYS FOR PLAINTIFF**

# EXHIBIT A