IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rothschild Broadcast Distribution Systems, LLC ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:21-cv-10175-WGY |
| ) | |
| vs. ) | |
| ) | |
| Logmein, Inc. ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Under Federal Rule of Civil Procedure 41(a), Rothschild Broadcast Distribution Systems, LLC, through its counsel, notices this Court of voluntary dismissal without prejudice of all claims. This notice is being filed before the opposing party serves either an answer or a motion for summary judgment and therefore does not require an order of the court.

Respectfully submitted,

**Rothschild Broadcast Distribution Systems, LLC,**

By its Attorney,

*/s/David A Chavous*
David A. Chavous, BBO# 660332
CHAVOUS INTELLECTUAL PROPERTY LAW LLC
793 Turnpike Street, Unit 1
North Andover, MA  01845
Telephone:  (978) 655-4309
Facsimile:  (978) 945-0549
dchavous@chavousiplaw.com
*Attorney for Rothschild Broadcast Distribution Systems, LLC*

**April 30, 2021**

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April this document was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing. Paper copies will be served via first-class mail to any of those indicated as non-registered participants.

/s/ *David A Chavous*